# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Gladys Araceli Ceron<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      19-mj-1092-DLC<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 24, 2018__ in the county of __Essex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 331(c) | Receipt in interstate commerce of an adulterated or misbranded device, and the delivery or proffered deliverly thereof for pay or otherwise |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Maximillian Pagano.

☑ Continued on the attached sheet.

*Complainant's signature*

Maximillian Pagano, FDA-OCI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/14/2019

*Judge's signature*

City and state: Boston, MA

Donald L. Cabell, United States Magistrate Judge
*Printed name and title*